SCWC-12-0000589

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

RICHARD K. MYERS,
Petitioner/Defendant-Appellee.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000589; CASE NO. 11-1-1681)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of

Certiorari, filed on May 28, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 11, 2014.

James S. Tabe                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Sonja P. McCullen
for respondent                   /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

